# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:19-cv-02243-GW-SK | Date | June 26, 2020 |
| Title | Bhupinder Singh Brar v. Thomas Giles et al. | | |

**Present: The Honorable** Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
|---|---|
| None present | None present |

**Proceedings:**  (IN CHAMBERS) **ORDER TO SHOW CAUSE**

Within **14 days** of this order, Petitioner is ordered to show cause why the Court should not dismiss his habeas petition for lack of jurisdiction in light of the United States Supreme Court's decision in *Department of Homeland Security v. Thuraissigiam*, 591 U.S. _, No. 19–161, 2020 WL 3454809 (June 25, 2020).

No response from Respondents is required unless ordered by the Court.

**IT IS SO ORDERED.**