# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES - GENERAL

| Case No. | ED CV 19-02243-GW (SK) | Date | July 8, 2020 |
|---|---|---|---|
| Title | Bhupinder Singh Brar v. Thomas Giles et al. | | |

Present: The Honorable  Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| None present | None present |

**Proceedings:**    (IN CHAMBERS) **ORDER RE: STIPULATION OF DISMISSAL**

In light of the Parties' Stipulation of Dismissal (ECF 14), this action is hereby dismissed without prejudice.

IT IS SO ORDERED.